STATE OF MISSOURI. *ex rel.* JOHN WALDE, Relator, *vs.* THOMAS
HOLLADAY, STATE AUDITOR, Respondent.

1. *Contract, work received by State after expiration of—Estoppel.*—Where certain book binding, commenced under contract with the State, was not completed till after the contract had expired, but the whole work was received by the State without objection, the State was held liable for the price of the whole work.

> 61b 319
> 118 457

*Mandamus.*

*Lay & Belch,* for Relator.

*Hockaday, Attorney General,* for Respondent.

WAGNER, Judge, delivered the opinion of the court.

This was a petition for a *mandamus,* and the facts are agreed upon ; they show that the relator had a contract to do the binding for the State ; that before the contract expired certain books were delivered to him to be bound. but that he did not complete the performance of the work, till after the expiration of the contract. The State received the work and made no objections on the ground that it was not completed in time ; and having so received it without raising any objections. I am clearly of the opinion, that the relator is entitled to his pay.

Let a peremptory writ issue. The other judges concur.